An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

JIHAD ANTHONY ZOGHEIB,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
KATHLEEN E. DELANEY, DISTRICT
JUDGE,
Respondents,
    and
KIRK LEWIS,
Real Party in Interest.

No. 68644

**FILED**

AUG 1 9 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DENYING PETITION*

This is a pro se petition for a writ of mandamus. Petitioner seeks the issuance of a writ of mandamus directing the district court to recognize his claimed homestead exemption to execution on his residence. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (petitioner bears the burden of demonstrating that writ relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991)

SUPREME COURT
OF
NEVADA

(O) 1947A

15-25093

(issuance of a writ of mandamus is purely discretionary with this court). Accordingly, we

ORDER the petition DENIED.[1]

_____, C.J.
Hardesty

_____, J.       _____, J.
Douglas                              Cherry

cc:    Hon. Kathleen E. Delaney, District Judge
       Jihad Anthony Zogheib
       Anthony A. Zmaila Limited PLLC
       Eighth District Court Clerk

---

[1]Petitioner also filed an emergency motion to stay the sheriff's sale scheduled for August 19, 2015. Because no relief is warranted, the motion for stay is denied.